KATIE BAUER, Respondent, v. MAX BELSKY, Appellant.— Judgment and order

affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.